1    **WO**

2

3

4

5             IN THE UNITED STATES DISTRICT COURT

6                FOR THE DISTRICT OF ARIZONA

7

8    United Stats of America,              )    No. CV-06-1690-PHX-LOA
                                           )
9              Plaintiff,                  )    **NOTICE OF ASSIGNMENT**
                                           )    **AND ORDER**
10   vs.                                   )
                                           )
11   Gary Heaton, Reta I. Heaton, Rim Trail)
     Trust, Maricopa County Treasurer, and )
12   First Bank of Beverly Hills,          )
                                           )
13             Defendants.                 )
     _____)

14

15          Pursuant Local Rule 3.8(a), LRCiv, Rules of Practice effective December 1,

16   2005  all civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S.

17   magistrate judge. This matter has been reassigned to the undersigned magistrate judge after

18   Senior District Judge Earl H. Carroll's recusal order (docket #9).

19          As a result of the aforesaid Local Rule and assignment, if all parties consent

20   in writing, the case will remain with the assigned magistrate judge pursuant to 28 U.S.C.

21   636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses

22   the district judge option, the case will be randomly reassigned to a U.S. district judge.  To

23   either consent  to the assigned magistrate judge or to elect to have the case heard before a

24   district judge, the appropriate section of the form, entitled Consent To Exercise Of

25   Jurisdiction By United  States Magistrate Judge[1], must be completed, signed and filed. The

26          _____

27          [1]The consent/election form may be obtained directly from the Clerk of the Court or
     by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the
     consent/election form on the District's web site, click on "Local Rules" at the top of the page,
28   then click on"Forms" on the left side of the page and then click on and print the appropriate

party filing the case or removing it to this Court is responsible for serving all parties with the consent forms. Each party must file a completed consent form and certificate of service with the Clerk of the Court not later than 20 days after entry of appearance, and must serve a copy by mail or hand delivery upon all parties of record in the case.

Any party is free to withhold consent to magistrate judge jurisdiction without adverse consequences.  28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; Anderson v. Woodcreek Venture Ltd., 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that consent is the "touchstone of magistrate [judge] jurisdiction" under 28 U.S.C. §636(c).

A review of the Court's file indicates that Plaintiff's Complaint was filed on July 6, 2006 (docket #1).  Defendant Maricopa County Treasurer filed an Answer on August 2, 2006 (docket #4).  Defendants Gary D. Heaton, Reta I. Heaton and Rim Trail Trust filed their Answer on August 10, 2006 (docket #7).  Defendant First Bank of Beverly Hills filed its Answer on October 5, 2006 (docket #8).  The parties  shall have until **November 7, 2006** within which to make their selections to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge.

Accordingly,

**IT IS ORDERED** that Plaintiff and Defendants Maricopa County Treasurer, Gary D. Heaton, Reta I. Heaton, Rim Trail Trust and First Bank of Beverly Hills shall each file on or before **November 7, 2006** their  written elections  to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge.

The appropriate consent form which may be obtained as referenced on page one of this order.

**IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall hereinafter comply with the Rules of Practice for the United States District Court for the District of Arizona, as amended on December 1, 2005.  The District's Rules of Practice may be found on the District Court's internet web page at www.azd.uscourts.gov/.

---

form.

1    All other rules may be found as www.uscourts.gov/rules/.  The fact that a party is acting pro

2    se does not discharge this party's duties to "abide by the rules of the court in which he

3    litigates." Carter v. Commissioner of Internal Revenue, 784 F.2d 1006, 1008 (9th Cir. 1986).

4           DATED this 18th day of October, 2006.

5

6                                    Lawrence O. Anderson
                                     United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28